UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

STANFORD MILLER, CESAR SALAS VALDEZ, FABION LEWIS, GEORGE NUMFOR, and ELIJAH SMITH, on behalf of themselves and all others similarly situated,

                              Plaintiff,

-against-

CITY OF NEW YORK, DAVID DO, in his official capacity as Commissioner of the New York City Taxi and Limousine Commission, and ROSIANA HINDS, KAREEM ABDURRAHMAN, MANUEL CHUBA GALARZA, SHAWANDA RICHARDSON, GURJEET SAHOTA, PARTHA NATH, HONG LIANG LUO, GANESH RAMLALL, EDWARD HILTON, AND OFFICERS JOHN DOE 1-6, sued in their individual capacities and official capacities as officers of the taxi and limousine commission,

                              Defendants.

**NOTICE OF APPEARANCE**
23 CV 65 (PKC-RML)

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel SETH MOTEL, appears as counsel for defendants Kareem Abdurrahman, Manuel Chuva Galarza, Shawanda Richardson, Gurjeet Sahota, Partha Nath, Hong Liang Luo, and Ganesh Ramlall in the above-captioned action, and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: New York, New York
        June 30, 2023

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
smotel@law.nyc.gov
Tel: (212) 356-2633

By:     *Seth A. Motel* /s/

       Seth Motel
       Assistant Corporation Counsel

To: Counsel of record via ECF